

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00407-CR

---

THE STATE OF TEXAS                                                STATE

V.

FRANK EMPEY                                                    APPELLEE

----------

FROM 271ST DISTRICT COURT OF WISE COUNTY
TRIAL COURT NO. CR17613

----------

## CONCURRING OPINION

----------

Because I agree that Appellee has not established that the statute *always* operates unconstitutionally—the standard that the court of criminal appeals has directed us to apply with regard to facially unconstitutional challenges like the one presented here—I join with Chief Justice Livingston's opinion in both reasoning and result. I write separately only to express that while I share the concerns regarding the statute raised by the trial court in its findings of fact and

conclusions of law and by Justice Dauphinot in her dissenting opinion, I believe that the facts and arguments in this case do not present an opportunity to address the concerns raised.

/s/ Bonnie Sudderth

BONNIE SUDDERTH
JUSTICE

PUBLISH

DELIVERED: August 4, 2016

2